FILED
CLERK, U.S. DISTRICT COURT
9/18/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KALANI S. UEHARA,<br><br>Defendant. | Case No.  2:25-mj-05715<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

On September 16, 2025, Defendant made her initial appearance in this district following her arrest on the petition for revocation of supervised release and warrant for arrest issued in the District of New Mexico.  At Defendant's request, the detention hearing was continued to September 18, 2025.  The Court has considered all the proffered information and the arguments of counsel.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), following Defendant's arrest for alleged violations of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c) based on all of the information proffered at the hearing, including the following:

- ☒ allegations in the petition: defendant is charged with failing to comply with conditions of supervised release and instructions of the probation officer related to the conditions of supervision;
- ☒ convictions in this case for false statements, fraud and cyberstalking;
- ☒ Defendant's pretrial supervision was revoked in September 2023 for failure to comply with conditions of release;
- ☒ Pattern of failure to comply with release conditions and instructions of supervising United States Probation and Pretrial Services officers.

Defendant has not met her burden and has not demonstrated a willingness to abide by release conditions, and the Court is not convinced that the Defendant will abide by an order to appear for future court appearances if released on bail.

IT THEREFORE ORDERED that Defendant be detained until resolution of the supervised release revocation proceedings and remanded to the custody of the U.S. Marshal.  This order is without prejudice to reconsideration by the United States District Court in the District of New Mexico.

Defendant has requested not to be removed to the District of New Mexico pending determination of her request for a preliminary hearing in this district. Briefing on that topic must be submitted by the close of business on September 18, 2025. Accordingly, at this time, the Court does not order Defendant's removal to the District of New Mexico.

Dated: September 18, 2025

                                              /s/
                                   PATRICIA DONAHUE
                                   UNITED STATES MAGISTRATE JUDGE