CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ANTONIO VILLAAMIL (Bar No. 346321)
(E-Mail: antonio_villaamil@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2584
Facsimile: (213) 894-0081

Attorneys for Defendant
KALANI UEHARA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:25-mj-05715-DUTY |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST FOR STATUS CONFERENCE RE: COUNSEL** |
| v. | |
| KALANI UEHARA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that a status conference regarding representation is scheduled for October ___, 2025, at _____.

DATED: October __, 2025

_____
HON. PATRICIA DONAHUE
United States Magistrate Judge

Presented by:

 /s/ Antonio Villaamil
ANTONIO VILLAAMIL
Deputy Federal Public Defender

1