UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No. 2:25-mj-5715                                         Date: October 29, 2025

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

Interpreter N/A

| Isabel Verduzco | Court Smart 10/29/25 | Neal Thakor |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| KaLani S. Uehara | X | X | | Antonio Villaamil | X | X | |

**Proceedings:**

Status Conference Regarding Substitution of Defendant's Counsel and Bail Review Hearing

The attorney-client privileged part of this hearing is ordered sealed. Defendant requests that new counsel be appointed to represent her in this matter. The Court conducts a hearing and the request is denied.

At Defendant's request, the Bail Review hearing is continued based on the representation that Defendant's family is in the process of retaining counsel to represent Defendant in this case. The Bail Review hearing is continued to October 30, 2025 at 9:00 a.m. If counsel has been retained to represent Defendant in this matter, a Request for Substitution of Counsel must be filed and the new counsel must appear at the hearing on October 30, 2025 at 9:00 a.m.

cc

AUSA, Defense Counsel, Probation, Pretrial

                                                                Initials of Deputy Clerk  1 : 30  IV